UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CAUSE NO. 3:09-CV-574 RM |
| ) | |
| KRALIS BROTHERS FOODS, LLC, ) | |
| ) | |
| Defendant ) | |

OPINION and ORDER

Westield Insurance Company has filed a complaint for declaratory judgment, pursuant to FED. R. CIV. P. 57, and alleges diversity jurisdiction pursuant to 28 U.S.C. § 1332. The court has the obligation to inquire into its own subject matter jurisdiction. Craig v. Ontario Corp., 543 F.3d 872, 875 (7th Cir. 2008).

The complaint insufficiently alleges the existence of diversity jurisdiction. Paragraphs 1.1 and 1.2 of the complaint state that the plaintiff is an Ohio Corporation and the defendant is a Delaware Corporation. To allege diversity jurisdiction, "If any party is a corporation, the statement shall identify both the state of incorporation and the state in which the corporation has its principal place of business." Seventh Circuit Rule 28(a)(1); *see also* 28 U.S.C. § 1332; BondPro Corp. v. Siemens Power Generation, Inc., 466 F.3d 562, 562 (7th Cir. 2006) (imposing sanctions for violation of Seventh Circuit Rule 28).

Although the case is subject to dismissal on these grounds, Thomas v.

<u>Guardsmark, LLC</u>, 487 F.3d 531, 534 (7th Cir. 2007), the court instead affords the plaintiff, Westfield Insurance Company, **twenty days** from the date of this order within which to file an amended complaint that accords with the requirements of Seventh Circuit Rule 28(a)(1).

SO ORDERED.

ENTERED:  <u>December 14, 2009  </u>

<u>       /s/ Robert L. Miller, Jr.        </u>
Chief Judge
United States District Court